# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Vincent Tyrone Whitaker | ) <br> ) <br> ) <br> ) Case No: 4:00-CR-73-1H <br> ) USM No: 18851-056 |
| Date of Original Judgment: August 21, 2001 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Laura Wasco <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 235 months **is reduced to** 162 months*

*as to Counts 1 and 2
Total sentence is comprised of a term of 162 months on Counts 1 and 2; a term of 60 months on Count 3 to run concurrent; a term of 60 months on Count 4 to run consecutive to Counts 1 and 2; and 120 months as to Count 5 to run concurrent, producing a total term of 222 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 21, 2001 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4/15/14

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard   U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011