# UNITED STATES DISTRICT COURT
## for the

### Eastern District of North Carolina

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Vincent Tyrone Whitaker | ) Case No:  4:00-CR-73-1H |
|  | ) USM No:  18851-056 |
| Date of Original Judgment:  August 21, 2001 | ) |
| Date of Previous Amended Judgment:  April 15, 2014 | ) Jennifer Dominguez |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____162_____ months **is reduced to** _____137 months*_____

*On Count 1 and Count 2, to run concurrently. Counts 3, 4, and 5 remain unchanged at 60 months on Count 3, concurrent to Count 1; 60 months on Count 4, consecutive to Count 1; and 120 months on Count 5, concurrent to Count 1, producing a total sentence of 197 months imprisonment.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 21, 2001 and April 15, 2014 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  _5/4/15_

Judge's signature

Effective Date:  November 1, 2015
*(if different from order date)*

Malcolm J. Howard, Senior U.S. District Judge
*Printed name and title*